# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146883-4

RONALD BROWNLOW and SUSAN TRAVIS,
      Plaintiffs-Appellees,

v

McCALL ENTERPRISES, INC., d/b/a/ PAUL
DAVIS RESTORATION OF WASHTENAW
COUNTY,
      Defendant-Appellant,

and

STATE FARM FIRE & CASUALTY CO,
      Defendant.

SC: 146883-4
COA: 306190, 307883
Washtenaw CC: 10-000049-NZ

_____/

      On order of the Court, the application for leave to appeal the February 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

s0826